UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DANIEL GUAJARDO and LUZ BUENTELLO Individually and as Representative of the Estate of MIRIAM BUENTELLO, deceased,**  §§§§§<br><br>Plaintiffs,  §§<br><br>v.  §§<br><br>**EMA TRANSPORT SERVICES, PABLO ISAI FRIAS, SUNRISE FREIGHT SYSTEMS, INC., and CANDEA TITEL DUMITRU**  §§§§§§<br><br>Defendants.  § | CAUSE NO. 4:22-cv-3466__ |

**DEFENDANTS SUNRISE FREIGHT SYSTEMS, INC. AND DUMITRU TITEL CANDEA'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendants Sunrise Freight Systems, Inc. ("Sunrise") and Dumitru Titel Candea (("Candea") and collectively with Sunrise ("Defendants")) timely files this Notice of Removal pursuant to 28 U.S.C. §1441(b), 28 U.S.C. §1441(a)-(c), and 28 U.S.C. §1332, removing the above-captioned action from the 11th Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division, and in support of this Notice, avers as follows:

**BACKGROUND**

1. This is a personal injury suit. Plaintiffs Daniel Guajardo and Luz Buentello, Individually and as representative of the estate of Miriam Buentello have filed the above-captioned

258008898v.1

action in the 11th Judicial District Court of Harris County, County, Texas, styled as *Daniel Guajardo et al. v. EMA Transport Services et al.*, Cause No. 2022-23768. A true and correct copy of the Amended Petition, together with all exhibits and the pleadings on file with the State Court at the time of this Removal, is attached hereto as **Exhibit A-1**.

## DIVERSITY JURISDICTION

2. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant(s) to the district court of the United States for the district and division embracing the place where such action is pending."

3. Plaintiffs allege that they are residents of the State of Texas. *See* Amended Petition, p. 1, § 2.1-2.2. As such, Plaintiffs are citizens of Texas

4. Defendant Sunrise Freight Systems, Inc. is organized under the laws of Canada and maintains its principal place of business in Ontario, Canada. As such, Sunrise is a citizen of Ontario, Canada.

5. Defendant Dumitru Titel Candea is an individual who resides in Woodbrdge, Ontario, Canada. As such, Candea is a citizen of Canada.

6. Defendants EMA Transport Services ("EMA") and Pablo Isai Frias ("Frias") are citizens of Texas. On September 9, 2022, the 11th District Court of Harris County signed an *Agreed Final Take-Nothing Judgment* against EMA and Frias. There is complete diversity between the remaining parties pursuant to 28 U.S.C. §1332.

7. This Notice of Removal is timely under 28 U.S.C. §1446(b)(3) as it is being filed within 30 days of the case becoming removable.

258008898v.1

8. Plaintiffs claim that they seek monetary relief over $10,000,000.00. *See Amended Petition*, p. 1, § 1.1. Thus, the amount in controversy in this case exceeds the $75,000. Therefore, the amount in controversy requirement of 28 U.S.C. §1332(a) is satisfied.

9. Copies of all state court pleadings and process are attached hereto with an index as required by 28 U.S.C. §1446(a) and the Local Rules.

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the 11th Judicial District Court of Harris County, Texas and served upon counsel for Plaintiffs pursuant to 28 U.S.C. §1446(d).

11. Defendants have complied with all requirements for removal under Title 28, United States Code.

13. Pursuant to Federal Rule of Civil Procedure 38, Defendants demand a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants Sunrise Freight Systems, Inc. and Dumitru Titel Candea respectfully give notice that this state court action has been removed from the 11th Judicial District Court of Harris County, Texas and placed on the United States District Court for the Southern District of Texas, Houston Division docket for further proceedings.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Garett A. Willig*
Garett A. Willig
State Bar No. 24066297
garett.willig@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas  77010
Telephone: 713-353-2000
Facsimile: 713-785-7780
**ATTORNEY-IN-CHARGE FOR DEFENDANTS, DUMITRU TITEL**

258008898v.1

CANDEA and SUNRISE FREIGHT SYSTEMS, INC.

OF COUNSEL:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

    Brian O'Rear
    Texas Bar No. 24092915
    Brian.ORear@wilsonelser.com
    909 Fannin Street, Suite 3300
    Houston, Texas 77010
    Telephone: (713) 353-2000
    Facsimile: (713) 785-7780

## CERTIFICATE OF SERVICE

    The undersigned counsel for Defendants Sunrise Freight Systems, Inc. and Dumitru Titel Candea hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was served on the following counsel of record electronically when uploaded to the Court's ECF system for filing, or alternatively *via* electronic mail on October 7, 2022.

    *Via Electronic Mail*
    Vuk S. Vujasinovic
    vuk@vbattorneys.com
    Jose Calderon
    jose@vbattorneys.com
    VB Attorneys
    6363 Woodway, Suite 400
    Houston, Texas 77056
    (713) 224-7800
    (713) 224-7801 Fax

<em>Garett A. Willig</em><br>Garett A. Willig

258008898v.1