Case 4:22-cv-03466 Document 8 Filed on 11/17/22 in TXSD Page 1 of 1
Case 4:22-cv-03466 Document 7-1 Filed on 11/16/22 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 18, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL GUAJARDO and LUZ BUENTELLO Individually and as Representative of the Estate of MIRIAM BUENTELLO, deceased<br>*Plaintiffs*<br><br>vs.<br><br>EMA TRANSPORT SERVICES, PABLO ISAI FRIAS, SUNRISE FREIGHT SYSTEMS, INC., and CANDEA TITEL DUMITRU<br>*Defendants* | § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-CV-03466<br><br><br><br>JURY |

## ORDER

After consideration of this motion, the Court hereby Grants the Parties' Joint Motion to Settlement and Stay All Deadlines and Orders that this case be stayed for 30 days to allow completion of documents for settlement purposes. The Court also Orders that the hearing schedule for November 17, 2022 (Doc. No. 3) be canceled as it is now moot.

Signed on the 17th day of November, 2022.

_____
DAVID HTTNER
United States District Judge

3